*Form 130* (3/23)–doc 4

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:　　　　　　　　　　　　　　　　　　）
　　Edward L. Spann IV　　　　　　　　　　）　　Case No. 24–13884–pmm
　　　　　　　　　　　　　　　　　　　　　）
　　　　　　　　　　　　　　　　　　　　　）
　　Debtor(s).　　　　　　　　　　　　　　）　　Chapter: 13
　　　　　　　　　　　　　　　　　　　　　）
　　　　　　　　　　　　　　　　　　　　　）

## Order Requiring Documents

**AND NOW,** the debtor having failed to file or submit with the petition all of the documents required by Fed. R. Bankr. P. 1007,

It is hereby ORDERED that:

1. This case **MAY BE DISMISSED WITHOUT FURTHER NOTICE** if the documents listed below are not filed by deadline also listed below:

　　Documents and Deadline

　　Matrix Due 11/6/24
　　Means Test Calculation 122C–2 Due 11/13/24
　　Plan Due 11/13/24
　　Schedules A Due 11/13/24
　　Schedules B Due 11/13/24
　　Schedules C Due 11/13/24
　　Schedules D Due 11/13/24
　　Schedules E Due 11/13/24
　　Schedules F Due 11/13/24
　　Schedules G Due 11/13/24
　　Schedules H Due 11/13/24
　　Schedules I Due 11/13/24
　　Schedules J Due 11/13/24
　　Statement of Current Monthly Income (122C–1) Due 11/13/24
　　Statement of Financial Affairs Due 11/13/24
　　Summary of Assets and Liabilities Due 11/13/24

2. Any request for an extension of time must be filed prior to the expiration of the deadlines listed above in Paragraph 1.

Date: October 31, 2024　　　　　　　　　　　　　　　　　　　By the Court

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Patricia M. Mayer
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Judge, United States Bankruptcy Court