IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : CHAPTER NO. 13 |
| EDWARD L. SPANN IV, | : CASE NO. 24-13884 PMM |
| DEBTOR, | : |
| PENNSYLVANIA DEPARTMENT OF REVENUE, | : HEARING DATE AND TIME : February 6, 2025 @ 9:30 a.m. |
| MOVANT, | : |
| V. | : |
| EDWARD L. SPANN IV, | : |
| RESPONDENT, | : RELATED TO DOCKET NO. 16 |

ORDER

Upon consideration of the Objection of the Commonwealth of Pennsylvania, Department of Revenue, the Debtor's Request for an Order to Confirm their Plan is denied. The Debtor shall file the missing tax returns as appropriate. The Department is allowed sixty (60) days to review the tax returns for their correctness.

Upon the determination of the tax due for the delinquent returns, the Department is allowed to Amend its Proof of Claim and the Debtor shall submit an Amended Plan which provides for the full payment of the Department's claim including any liability for the tax due for the delinquent tax returns and in the proper classifications and amounts.

BY THE COURT

_____
UNITED STATES BANKRUPTCY JUDGE