IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : CHAPTER NO. 13 |
| | : |
| EDWARD L. SPANN IV, | : CASE NO. 24-13884 PMM |
| | : |
| DEBTOR, | : |
| | : |
| PENNSYLVANIA DEPARTMENT OF REVENUE, | : HEARING DATE AND TIME : February 6, 2025 @ 9:30 a.m. |
| | : |
| MOVANT, | : |
| | : |
| V. | : |
| | : |
| EDWARD L. SPANN IV, | : |
| | : |
| RESPONDENT, | : RELATED TO DOCKET NO. 24 |

CERTIFICATE OF SERVICE FOR PENNSYLVANIA
DEPARTMENT OF REVENUE'S OBJECTION TO DEBTOR'S
PROPOSED CHAPTER 13 PLAN

I, Jonathan W. Chatham, certify under penalty of perjury that I served the above captioned pleading Objection to Debtor's Proposed Chapter 13 Plan on the parties at the below addresses, on February 3, 2025 by:

**24-13884-PMM Notice will be electronically mailed to:**

Jonathan Wilkes Chatham at RA-occbankruptcy7@pa.gov

Michael A. Cibik at help@cibiklaw.com, noreply01@cibiklaw.com; noreply02@cibiklaw.com; noreply03@cibiklaw.com; noreply04@cibiklaw.com; noreply05@cibiklaw.com; cibiklawpc@jubileebk.net; cibiklaw@recap.email; ecf@casedriver.com

Rebecca K. McDowell at rmcdowell@slgcollect.com, pwirth@slgcollect.com; anovoa@slgcollect.com

Robert Brian Shearer at rshearer@raslg.com

United States Trustee at USTPRegion03.PH.ECF@usdoj.gov

Kenneth E. West at <ecfemails@ph13trustee.com>, <philaecf@gmail.com>

**24-13884-pmm Notice will not be electronically mailed to:**
Wilmington Savings Fund Society
c/o McCalla Raymer Leibert Pierce, LLC
Bankruptcy Department
1544, Old Alabama Road
Roswell, GA 30076

EXECUTED ON: February 3, 2025

                                                By:    /s/ Jonathan W. Chatham
                                                              Deputy Chief Counsel
                                                              PA Department of Revenue
                                                              Office of Chief Counsel
                                                              P.O. Box 281061
                                                              Harrisburg, PA 17128-1061
                                                              PA Attorney I.D.:  209683
                                                              Phone: (717) 783-3673
                                                              Facsimile: (717) 772-1459