**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**
**PHILADELPHIA DIVISION**

| | |
|---|---|
| In Re:<br><br>        EDWARD L. SPANN, IV<br>              Debtor(s)<br>        WILMINGTON SAVINGS FUND<br>        SOCIETY, FSB, NOT IN ITS<br>        INDIVIDUAL CAPACITY BUT SOLELY<br>        AS OWNER TRUSTEE FOR VERUS<br>        SECURITIZATION TRUST 2022-3<br>                Movant<br>        v.<br>        EDWARD L. SPANN, IV<br>              Debtor(s)<br>        ELS Dynamic Consulting LLC<br>              Co-Debtor<br>        KENNETH E. WEST<br>              Trustee<br>              Respondent(s) | Chapter 13<br><br>Case Number: 24-13884-djb |

## ORDER

        AND NOW, this _____ day of _____ , 2025, upon the motion of Wilmington Savings Fund Society, FSB, not in its individual capacity but solely as Owner Trustee for Verus Securitization Trust 2022-3, and upon the failure of Debtor to file an Answer or otherwise plead as directed by the Court (and/or after hearing held and consideration of all evidence, arguments and briefs of Counsel), it is ORDERED AND DECREED that Movant, Wilmington Savings Fund Society, FSB, not in its individual capacity but solely as Owner Trustee for Verus Securitization Trust 2022-3 (and any assignee/successor-in-interest) is granted relief from the stay of 11 U.S.C. §362 and §1301 to proceed with enforcement of all rights Movant has under state and federal law concerning the Property (the "Property"):  1736 W. ATLANTIC STREET, PHILADELPHIA, PA 19140.


        It is further ORDERED and DECREED that the 14-day stay pursuant to BKRP 4001(a)(3) is hereby waived.


                                        BY THE COURT:


                                        _____

                                        UNITED STATES BANKRUPTCY JUDGE