**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**
**PHILADELPHIA DIVISION**

| | |
|---|---|
| In Re:<br>    EDWARD L. SPANN, IV<br>        Debtor(s)<br>WILMINGTON SAVINGS FUND SOCIETY, FSB, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR VERUS SECURITIZATION TRUST 2022-3<br>        Movant<br>   v.<br>EDWARD L. SPANN, IV<br>        Debtor(s)<br>ELS Dynamic Consulting LLC<br>        Co-Debtor<br>KENNETH E. WEST<br>        Trustee<br>        Respondent(s) | Chapter 13<br><br>Case Number: 24-13884-djb |

## **CERTIFICATE OF SERVICE**

    I, the undersigned, hereby certify that a true and correct copy of the within Motion for Relief From Automatic Stay Under 11 USC, together with Order, Notice and this Certificate, was sent to the Debtor(s), Counsel and the Trustee and all other required parties via first class mail and/or ECF on the date set forth below.

Edward L. Spann, IV
1610 Juniper Ave.
Elkins Park, PA 19027
*Debtor(s)*

ELS Dynamic Consulting LLC
1610 Juniper Ave.
Elkins Park, PA 19027
*Co-Debtor(s)*

Michael A. Cibik
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
ecf@ccpclaw.com
*Attorney for Debtor*

Kenneth E. West
190 N. Independence Mall West, Suite 701
Philadelphia, PA 19106
ecfemails@ph13trustee.com
*Chapter13 Trustee*

Office of the U.S. Trustee
Robert N.C. Nix Federal Building
900 Market Street, Suite 320
Philadelphia, PA 19107
USTPRegion03.PH.ECF@usdoj.gov
*U.S. Trustee*

Respectfully Submitted:
Stern & Eisenberg, PC

*By: /s/ Daniel P. Jones*
Daniel P. Jones
Bar Number: 321876
Email: djones@sterneisenberg.com

Date: March 6, 2025