United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 24-13884-djb |
| Edward L. Spann, IV | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Apr 07, 2025 | Form ID: pdf900 | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 09, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Edward L. Spann, IV, 1610 Juniper Ave, Elkins Park, PA 19027-2523 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 09, 2025         Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 7, 2025 at the address(es) listed below:**

**Name**     **Email Address**

DANIEL P. JONES
    on behalf of Creditor Wilmington Savings Fund Society  FSB, not its individual capacity but solely as Owner Trustee for Verus Securitization Trust 2022-3 djones@sterneisenberg.com, bkecf@sterneisenberg.com

JONATHAN WILKES CHATHAM
    on behalf of Creditor PA Dept of Revenue RA-occbankruptcy7@pa.gov

KENNETH E. WEST
    ecfemails@ph13trustee.com  philaecf@gmail.com

MICHAEL A. CIBIK
    on behalf of Debtor Edward L. Spann  IV help@cibiklaw.com, noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com

REBECCA K. MCDOWELL
    on behalf of Creditor Meridian Equipment Finance  LLC rmcdowell@slgcollect.com, pwirth@slgcollect.com;anovoa@slgcollect.com

ROBERT BRIAN SHEARER
    on behalf of Creditor Wells Fargo Bank  N.A. rshearer@raslg.com

STEVEN K. EISENBERG
    on behalf of Creditor Wilmington Savings Fund Society  FSB, not its individual capacity but solely as Owner Trustee for Verus

District/off: 0313-2 | User: admin | Page 2 of 2
Date Rcvd: Apr 07, 2025 | Form ID: pdf900 | Total Noticed: 1

Securitization Trust 2022-3 seisenberg@sterneisenberg.com, bkecf@sterneisenberg.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 8

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| In Re:<br>    EDWARD L. SPANN, IV<br>        Debtor(s)<br>    WILMINGTON SAVINGS FUND SOCIETY, FSB, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR VERUS SECURITIZATION TRUST 2022-3<br>        Movant<br>    v.<br>    EDWARD L. SPANN, IV<br>        Debtor(s)<br>    ELS Dynamic Consulting LLC<br>        Co-Debtor<br>    KENNETH E. WEST<br>        Trustee<br>        Respondent(s) | Chapter 13<br><br>Case Number: 24-13884-djb |
|---|---|

## ORDER

AND NOW, this _9th_ day of _April_, 2025, upon the motion of Wilmington Savings Fund Society, FSB, not in its individual capacity but solely as Owner Trustee for Verus Securitization Trust 2022-3, and upon the failure of Debtor to file an Answer or otherwise plead as directed by the Court (and/or after hearing held and consideration of all evidence, arguments and briefs of Counsel), it is ORDERED AND DECREED that Movant, Wilmington Savings Fund Society, FSB, not in its individual capacity but solely as Owner Trustee for Verus Securitization Trust 2022-3 (and any assignee/successor-in-interest) is granted relief from the stay of 11 U.S.C. §362 and §1301 to proceed with enforcement of all rights Movant has under state and federal law concerning the Property (the "Property"): 1736 W. ATLANTIC STREET, PHILADELPHIA, PA 19140.

~~It is further ORDERED and DECREED that the 14-day stay pursuant to BKRP 4001(a)(3) is hereby waived.~~

BY THE COURT:

_____
UNITED STATES BANKRUPTCY JUDGE