United States Bankruptcy Court
Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 24-13884-djb |
| Edward L. Spann, IV | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 4 |
| Date Rcvd: May 23, 2025 | Form ID: pdf900 | Total Noticed: 70 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 25, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Edward L. Spann, IV, 1610 Juniper Ave, Elkins Park, PA 19027-2523 |
| 14943810 | + | Community Capital Wo, 111 S Independence Mall, Philadelphia, PA 19106-2515 |
| 14943813 | + | Ellison & Dominguez, P.A., 333 S Garland Avenue Floor 13, Orlando, FL 32801-3356 |
| 14943815 | + | Hladik Onorato & Federman, 298 Wissahickon Avenue, North Wales, PA 19454-4156 |
| 14943820 | + | Merchant Capital Group, LLC, dba Greenbox Capital, 2200 Biscayne Blvd Suite 200, Miami, FL 33137-5284 |
| 14964851 | + | Merchant Capital Group,LLC, dba Greenbox Capital, Sprechman and Fisher,PA, 2775 Sunny Isles Blvd-Suite 100, Miami FL 33160-4078 |
| 14943821 | + | Meridian Equipment Finance, LLC, 367 Eagleview Blvd, Exton, PA 19341-1156 |
| 14964136 | + | Meridian Equipment Finance, LLC, c/o Saldutti Law Group, 1700 Market St., Suite 1005, Philadelphia, PA 19103-3920 |
| 14964277 | + | Meridian Equipment Finance, LLC., Saldutti Law Group, Rebecca K. McDowell, Esq., 1700 Market Street, Suite 1005, Philadelphia, PA 19103-3920 |
| 14943826 | + | New Wave Card/webbank/, 675 Ponce De Leon Ave NE Suite 8500, Atlanta, GA 30308-1884 |
| 14943832 | | PNC Financial, Attn: Bankruptcy 300Fifth Ave, Pittsburgh, PA 15222 |
| 14943830 | | Philadelphia Municipal Court, Traffic Division, 800 Spring Garden St, Philadelphia, PA 19123-2616 |
| 14943835 | | Target, c/o Financial & Retail Srvs Mailstop BT, Minneapolis, MN 55440 |
| 14943837 | | U.S. Department of Justice, Attorney General, PO Box 683, Washington, DC 20044-0683 |
| 14943839 | + | Wfbna Hl, Po Box 10335, Des Moines, IA 50306-0335 |
| 14943840 | | Wilmington Savings Fund Society, c/o Lima One Capital LLC, 201 E Mcbee Ave Ste 300, Greenville, SC 29601-2884 |
| 14966600 | | Wilmington Savings Fund Society et. al., NewRez LLC et. al., Bankruptcy Department, PO Box 10826, Greenville, SC 29603-0826 |
| 14984013 | + | Wilmington Savings Fund Society, FSB, not its indi, c/o Steven K. Eisenberg, Esquire, Stern & Eisenberg, PC, 1581 Main Street, Ste. 200, The Shops at Valley Square Warrington, PA 18976-3403 |

TOTAL: 18

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | May 24 2025 00:36:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| cr | + | Email/Text: RASEBN@raslg.com | May 24 2025 00:35:00 | Wells Fargo Bank, N.A., Robertson, Anschutz, Schneid, Crane, 13010 Morris Road, Suite 450, Alpharetta, GA 30004, UNITED STATES 30004-2001 |
| cr | + | Email/Text: BankruptcyECFMail@mccalla.com | May 24 2025 00:36:00 | Wilmington Savings Fund Society, FSB, not its indi, c/o McCalla Raymer Leibert Pierce, LLC, Bankruptcy Department, 1544, Old Alabama Road, Roswell, GA 30076, UNITED STATES 30076-2102 |
| 14943799 | | Email/Text: Bankruptcy@absoluteresolutions.com | May 24 2025 00:35:00 | Absolute Resolutions, Attn: Bankruptcy 8000 Norman Center Dr #, Bloomington, MN 55437 |
| 14949177 | | Email/Text: Bankruptcy@absoluteresolutions.com | May 24 2025 00:35:00 | Absolute Resolutions Investments, LLC, c/o Absolute Resolutions Corporation, 8000 Norman Center Drive, Suite 350, Bloomington, MN 55437 |
| 14943800 | | Email/Text: bncnotifications@pheaa.org | May 24 2025 00:36:00 | AES/PHEAA, Attn: Bankruptcy, PO Box 2461, Harrisburg, PA 17105-2461 |

Case 24-13884-djb    Doc 41    Filed 05/25/25    Entered 05/26/25 00:35:40    Desc Imaged
                              Certificate of Notice    Page 2 of 5

| District/off: 0313-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: May 23, 2025 | Form ID: pdf900 | Total Noticed: 70 |

| ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| 14943801 | + | Email/PDF: AffirmBKNotifications@resurgent.com | May 24 2025 00:40:13 | Affirm, Inc., Attn: Bankruptcy, 30 Isabella St, Floor 4, Pittsburgh, PA 15212-5862 |
| 14966200 | | Email/PDF: bncnotices@becket-lee.com | May 24 2025 00:40:44 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14943802 | + | Email/Text: jvalencia@amhfcu.org | May 24 2025 00:36:00 | American Heritage Federal Credit Union, Attn: Bankruptcy, 2060 Red Lion Rd, Philadelphia, PA 19115-1699 |
| 14943803 | | Email/PDF: bncnotices@becket-lee.com | May 24 2025 00:40:08 | Amex, Correspondence/Bankruptcy, PO Box 981540, El Paso, TX 79998-1540 |
| 14943804 | + | Email/Text: creditcardbkcorrespondence@bofa.com | May 24 2025 00:35:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 14943808 | | Email/Text: megan.harper@phila.gov | May 24 2025 00:36:00 | City of Philadelphia, c/o City of Philadelphia, Municipal Services Building, 1401 John F Kennedy Blvd Fl 5, Philadelphia, PA 19102-1617 |
| 14943805 | | Email/PDF: Citi.BNC.Correspondence@citi.com | May 24 2025 00:41:00 | Cbna, Attn: Centralized Bankruptcy/Citicorp, PO Box 790034, St Louis, MO 63179-0034 |
| 14943806 | | Email/PDF: Citi.BNC.Correspondence@citi.com | May 24 2025 00:40:12 | Citibank, Citicorp Cr Srvs/Centralized Bankruptcy, PO Box 790040, St Louis, MO 63179-0040 |
| 14943807 | | Email/PDF: Citi.BNC.Correspondence@citi.com | May 24 2025 01:30:05 | Citibank/Best Buy, Citicorp Cr Srvs/Centralized Bankruptcy, PO Box 790040, St Louis, MO 63179-0040 |
| 14943809 | | Email/Text: bankruptcy@philapark.org | May 24 2025 00:45:00 | City of Philadelphia, Parking Violation Branch, PO Box 41819, Philadelphia, PA 19101-1819 |
| 14943811 | ^ | MEBN | May 24 2025 00:22:32 | Cornerstone, 633 Spirit Drive, Chesterfield, MO 63005-1243 |
| 14943812 | | Email/Text: mrdiscen@discover.com | May 24 2025 00:35:00 | Discover Financial, Attn: Bankruptcy, 2500 Lake Cook Rd, Riverwoods, IL 60015-3851 |
| 14943819 | | Email/PDF: Citi.BNC.Correspondence@citi.com | May 24 2025 00:40:48 | Macy's/ DSNB, Atytn: Bankruptcy 701 E. 60th Street Nor, Sioux Falls, SD 57104 |
| 14943814 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | May 24 2025 00:36:00 | Goldman Sachs Bank USA, Attn: Bankruptcy, 200 West St, New York, NY 10282-2198 |
| 14963801 | | Email/Text: sbse.cio.bnc.mail@irs.gov | May 24 2025 00:36:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7317, Philadelphia, PA 19101-7317 |
| 14965048 | | Email/Text: JCAP_BNC_Notices@jcap.com | May 24 2025 00:36:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 14943817 | | Email/Text: JCAP_BNC_Notices@jcap.com | May 24 2025 00:36:00 | Jefferson Capital Systems, LLC, Attn: Bankruptcy, Po Box 7999, Saint Cloud, MN 56302-7999 |
| 14957181 | + | Email/PDF: ais.chase.ebn@aisinfo.com | May 24 2025 01:09:03 | JPMorgan Chase Bank, N.A., P.O. Box 15368, Wilmington DE 19850-5368 |
| 14957088 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | May 24 2025 00:35:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 14965749 | | Email/Text: JCAP_BNC_Notices@jcap.com | May 24 2025 00:36:00 | Jefferson Capital Systems LLC, Po Box 772813, Chicago IL 60677-2813 |
| 14943818 | | Email/PDF: ais.chase.ebn@aisinfo.com | May 24 2025 01:09:06 | Jpmcb, MailCode LA4-7100 700 Kansas Lane, Monroe, LA 71203 |
| 14945604 | | Email/PDF: resurgentbknotifications@resurgent.com | May 24 2025 00:40:14 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14948336 | | Email/Text: BankruptcyECFMail@mccalla.com | May 24 2025 00:36:00 | Wilmington Savings Fund Society, c/o McCalla Raymer Leibert Pierce, LLC, Bankruptcy Department, 1544, Old Alabama Road, Roswell, |

Case 24-13884-djb    Doc 41    Filed 05/25/25    Entered 05/26/25 00:35:40    Desc Imaged
Certificate of Notice    Page 3 of 5

| District/off: 0313-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: May 23, 2025 | Form ID: pdf900 | Total Noticed: 70 |

| Recipient ID | | Delivery Method | Date/Time | Address |
|---|---|---|---|---|
| | | | | GA 30076 |
| 14943822 | | Email/Text: EBN@Mohela.com | May 24 2025 00:35:00 | Mohela, Attn: Bankruptcy 633 Spirit Drive, Chesterfield, MO 63005 |
| 14965110 | | Email/Text: EBN@Mohela.com | May 24 2025 00:35:00 | US Department of Education/MOHELA, 633 Spirit Drive, Chesterfield, MO 63005 |
| 14943823 | + | Email/Text: ext_ebn_inbox@navyfederal.org | May 24 2025 00:45:00 | NAVY FCU, Attn: Bankruptcy, PO Box 3000, Merrifield, VA 22119-3000 |
| 14943824 | + | Email/Text: ext_ebn_inbox@navyfederal.org | May 24 2025 00:45:00 | Navy Federal Credit Union, Attn: Bankruptcy, PO Box 3000, Merrifield, VA 22119-3000 |
| 14957517 | + | Email/Text: ext_ebn_inbox@navyfederal.org | May 24 2025 00:45:00 | Navy Federal Credit Union, P.O. Box 3000, Merrifield, VA 22119-3000 |
| 14943825 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | May 24 2025 00:36:00 | Nelnet, Attn: Bankruptcy, 121 S 13th St, Lincoln, NE 68508-1922 |
| 14943827 | | Email/Text: fesbank@attorneygeneral.gov | May 24 2025 00:36:00 | Pennsylvania Attorney General, 16th Floor, Strawberry Square, Harrisburg, PA 17120-0001 |
| 14964276 | | Email/Text: Bankruptcy.Notices@pnc.com | May 24 2025 00:35:00 | PNC Bank NA, Bankruptcy Department, PO BOX 94982, Cleveland, OH 44101 |
| 14943828 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 24 2025 00:36:00 | Pennsylvania Department of Revenue, Bankruptcy Division, 1 Revenue Pl, Harrisburg, PA 17129-0001 |
| 14958995 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 24 2025 00:36:00 | Pennsylvania Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0946 |
| 14943829 | ^ | MEBN | May 24 2025 00:22:36 | Pennsylvania Office of General Counsel, 333 Market St Fl 17, Harrisburg, PA 17101-2210 |
| 14943831 | | Email/Text: bankruptcy@philapark.org | May 24 2025 00:45:00 | Philadelphia Parking Authority, Bankruptcy Department, 701 Market St, Philadelphia, PA 19106-1538 |
| 14966579 | | Email/Text: bnc-quantum@quantum3group.com | May 24 2025 00:36:00 | Quantum3 Group LLC as agent for, Credit Corp Solutions Inc, PO Box 2489, Kirkland, WA 98083-2489 |
| 14966364 | | Email/Text: bnc-quantum@quantum3group.com | May 24 2025 00:36:00 | Quantum3 Group LLC as agent for, Velocity Investments LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14943833 | + | Email/Text: rmcdowell@slgcollect.com | May 24 2025 00:36:00 | Saldutti Law Group, 1040 Kings Hwy N, Cherry Hill, NJ 08034-1925 |
| 14943834 | + | Email/Text: synovusbankruptcy@synovus.com | May 24 2025 00:45:00 | Synovus Bank, Attn: Bankruptcy 1111 Bay Avenue, Columbus, GA 31901-5218 |
| 14947662 | + | Email/Text: bankruptcy@bbandt.com | May 24 2025 00:36:00 | Truist Bank, Support Services, PO Box 85092, Richmond, VA 23285-5092 |
| 14943836 | | Email/Text: usapae.bankruptcynotices@usdoj.gov | May 24 2025 00:36:00 | U.S. Attorney, Eastern District of Pa., 615 Chestnut St Ste 1250, Philadelphia, PA 19106-4404 |
| 14965750 | ^ | MEBN | May 24 2025 00:22:44 | US Department of Education/MOHELA, PO Box 790453, St. Louis, MO 63179-0453 |
| 14943838 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | May 24 2025 00:36:00 | Us Bk Cacs, Cb Disputes, Saint Louis, MO 63166 |
| 14943959 | + | Email/Text: RASEBN@raslg.com | May 24 2025 00:35:00 | Wells Fargo Bank, N.A., c/o ROBERT BRIAN SHEARER, Robertson, Anschutz, Schneid, Crane, & Partners, PLLC, 13010 Morris Road, Suite 450, Alpharetta, GA 30004-2001 |
| 14948133 | + | Email/PDF: Bankruptcynoticeshomelending@wellsfargo.com | May 24 2025 00:40:52 | Wells Fargo Bank, N.A., Default Document Processing, MAC# N9286-01Y, PO Box 1629, Minneapolis, MN 55440-1629 |
| 14943589 | + | Email/Text: RASEBN@raslg.com | | |

| | May 24 2025 00:35:00 | Wells Fargo Bank, N.A., Robertson, Anschutz, Schneid, Crane, 13010 Morris Road, Suite 450, Alpharetta, GA 30004-2001 |

TOTAL: 52

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | *+ | Meridian Equipment Finance, LLC, c/o Saldutti Law Group, 1700 Market St., Suite 1005, Philadelphia, PA 19103-3920 |
| 14966201 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14943816 | * | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14957089 | *+ | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |

TOTAL: 0 Undeliverable, 5 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 25, 2025        Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 23, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| DANIEL P. JONES | on behalf of Creditor Wilmington Savings Fund Society  FSB, not its individual capacity but solely as Owner Trustee for Verus Securitization Trust 2022-3 djones@sterneisenberg.com, bkecf@sterneisenberg.com |
| JONATHAN WILKES CHATHAM | on behalf of Creditor PA Dept of Revenue RA-occbankruptcy7@pa.gov |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| MICHAEL A. CIBIK | on behalf of Debtor Edward L. Spann  IV help@cibiklaw.com, noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| REBECCA K. MCDOWELL | on behalf of Creditor Meridian Equipment Finance  LLC rmcdowell@slgcollect.com, pwirth@slgcollect.com;anovoa@slgcollect.com |
| ROBERT BRIAN SHEARER | on behalf of Creditor Wells Fargo Bank  N.A. rshearer@raslg.com |
| STEVEN K. EISENBERG | on behalf of Creditor Wilmington Savings Fund Society  FSB, not its individual capacity but solely as Owner Trustee for Verus Securitization Trust 2022-3 seisenberg@sterneisenberg.com, bkecf@sterneisenberg.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 8

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>    EDWARD L. SPANN, IV<br><br>        Debtor | Chapter 13<br><br>Bankruptcy No. 24-13884-DJB |

## ORDER

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by Kenneth E. West, Esq., Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

**IT IS FURTHER ORDERED** if the case has been confirmed and the Trustee is holding funds, any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor(s)' plan shall be refunded to the Debtor(s) unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

**Date: May 23, 2025**

_____
Honorable Derek J. Baker
Bankruptcy Judge